**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-02289-GPG

MARK A. ESQUIBEL,

    Plaintiff,

v.

OFFICER WILLIAM CÁRDENAS, Individual and in his Official Capacity, and
OFFICER DAN SMITH, Individual and in his Official Capacity,

    Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    On December 1, 2015, Plaintiff filed a request for service by the United States Marshal, ECF No. 8. The request is denied as premature.

Dated:   December 2, 2015,